IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TERRANCE ADAMS, ) | |
| ) | |
| Plaintiff, ) | Case No. 5:18-cv-6068 |
| ) | |
| v. ) | |
| ) | |
| RADAR POST-CLOSING HOLDING ) | Removal from Circuit Court of |
| COMPANY, INC. d/b/a GLOBAL HR ) | Clinton County, Missouri |
| RESEARCH, INC., ) | Case No. 18CN-CC00028 |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Radar Post-Closing Holding Company, Inc. d/b/a Global HR Research, Inc. ("Global HR" or "Defendant"), by and through its attorneys, Lathrop Gage LLP and Seyfarth Shaw LLP, files this Notice of Removal with respect to Case No. 18CN-CC00028, filed in the Circuit Court of Clinton County, Missouri. In support of this Notice, Global HR states as follows:

1. On April 17, 2018, Plaintiff Terrance Adams filed a purported class action Complaint in the Circuit Court of Clinton County, Missouri, entitled *Terrance Adams v. Radar Post-Closing Holding Co., Inc. d/b/a Global HR Research, Inc.*, Case No. 18CN-CC00028. True and accurate copies of all process, pleadings, and orders are attached hereto as Exhibit A.

2. On April 20, 2018, Plaintiff purports to have served Global HR with a summons and a copy of the Complaint. *See* Ex. A.

3. In accordance with 28 U.S.C. § 1446(b), Global HR filed this Notice of Removal within thirty (30) days of the purported date on which the Complaint was served.

4. Venue is proper in this district under 28 U.S.C. § 1441(a) because this District and division embrace the place where the action was filed.

5. Written notice of the filing of this Notice of Removal is being delivered to Plaintiff through his counsel of record. A copy of the Notice of Removal will be filed with the Clerk of the Circuit Court of Clinton County, Missouri.

6. Under 28 U.S.C. § 1331, "the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States."

7. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over the instant action because Plaintiff asserts a claim under federal law. In his Complaint, Plaintiff claims that Defendant violated the federal Driver's Privacy Protection Act ("DPPA"), 18 U.S.C. § 2721. *See* Compl. ¶¶ 3-4, 22-23, 30, 41-48.

8. Because Plaintiff asserts claims under the laws of the United States, this Court has original federal question jurisdiction over Plaintiff's action. Accordingly, removal of Plaintiff's Complaint is proper pursuant to 28 U.S.C. § 1331.

9. By filing this Notice of Removal, Global HR does not concede nor waive any defense to this action, including that Plaintiff lacks standing to bring this action and that this Court does not have personal jurisdiction over Defendant as to some or all of the putative class members. Global HR reserves all defenses relating to the Court's jurisdiction and the justiciability of this action.

WHEREFORE, Global HR respectfully removes this action from the Circuit Court of Clinton County, Missouri, to the United States District Court for the Western District of Missouri.

Dated: May 21, 2018                     Respectfully submitted,

RADAR POST-CLOSING HOLDING
COMPANY, INC. d/b/a GLOBAL HR
RESEARCH, INC.


By      */s/ Rosalee M. McNamara*
        Rosalee M. McNamara (Mo. Bar No. 33645)
        rmcnamara@lathropgage.com
        LATHROP GAGE LLP
        2345 Grand Boulevard, Suite 2200
        Kansas City, Missouri  64108-2618
        Telephone:   (816) 292-2000
        Facsimile:    (816) 292-2001

        Pamela Q. Devata*
        John W. Drury*
        Seyfarth Shaw LLP
        233 South Wacker Drive
        Suite 8000
        Chicago, Illinois  60606
        (312) 460-5000

Attorneys for Defendant

*request for pro hac vice admission to be submitted*

## CERTIFICATE OF SERVICE

I, Rosalee McNamara, an attorney, certify that I caused a copy of the attached **NOTICE OF REMOVAL** to be served by Federal Express and through the Court's CM/ECF system, on May 21, 2018, upon the following counsel of record:

Charles Jason Brown, Esq.
Jayson A. Watkins, Esq.
Brown & Watkins LLC
301 S. US 169 Hwy
Gower, Missouri 64454
Tel: 816-505-4529
Fax: 816-424-1337
brown@brownandwatkins.com
watkins@brownandwatkins.com

ATTORNEY FOR PLAINTIFF

                                                                   */s/ Rosalee M. McNamara*
                                                                   An attorney for Defendant