IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| TERRANCE ADAMS,<br>individually and o/b/o all others,<br><br>Plaintiff,<br><br>vs.<br><br>RADAR POST-CLOSING HOLDING<br>COMPANY, INC.,<br>d/b/a Global HR Research, Inc.,<br><br>Defendant. | Case No. 18-06068-CV-SJ-ODS |

ORDER OF DISMISSAL

Today, the parties filed a Stipulation of Dismissal. Doc. #31. Pursuant to the parties' stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this matter is dismissed with prejudice. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATE: September 24, 2018

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT